NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3019

BRIAN K. NEWSOME,

Petitioner,

v.

DEPARTMENT OF THE TREASURY,

Respondent.

Petition for review of the Merit Systems Protection Board in
AT0752080282-I-1.

ON MOTION

<u>O R D E R</u>

Brian K. Newsome moves for reconsideration of the court's December 31, 2008

order dismissing his petition for review for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion will be granted, the mandate will be recalled, and the petition will be

reinstated if Newsome files his brief within 21 days of the date of filing of this order.

FOR THE COURT

FEB 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Brian K. Newsome (copy of Merit Systems Protection Board's certified index and
informal brief form enclosed)
Dawn E. Goodman, Esq.

s17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 13 2009

JAN HORBALY
CLERK